**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**NADIA PATTERSON,**

      **Plaintiff,**

**v.**                                                          **Case No. 4:25-cv-409-AW-MJF**

**AHPC SOCIAL TALLAHASSEE LLC,
et al.,**

      **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with court orders, and she has not objected to the magistrate judge's report and recommendation (ECF No. 12), which recommends dismissal on that basis.[1] It appears Plaintiff has abandoned her case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on May 1, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge

---

[1] The report and recommendation was returned as undeliverable. ECF No. 13. This does not preclude dismissal. As the magistrate judge noted, it was Plaintiff's obligation to keep the court apprised of her current address.